# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2019 KW 1010

SEP 3 0 2019

In Re:   Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR6-129868.

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

> JMM
> MRT
> WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT